# UNITED STATES DISTRICT COURT

| EASTERN | District of | TX TEXAS |

FRANCISCO AYALA, et al.,

           Plaintiffs,

V.

FORD MOTOR COMPANY

           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **2-04CV-395**

TO: (Name and address of Defendant)

Ford Motor Company
by and through its registered agent C.T. Corp. System
350 N. St. Paul Street
Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Hunter Craft
Mikal C. Watts
WATTS LAW FIRM, L.L.P.
815 Walker, 16th Floor
Houston, TX 77002

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| DAVID MALAND | 11/01/04 |
| CLERK | DATE |

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11/4/04 |

FILED - CLERK
U.S. DISTRICT COURT
04 NOV -9  AM 11: 37
EASTERN - MARSHALL
BY _____

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jennifer Watkins | Legal Asst - The Roth Law Firm |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

    Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☑  Other (specify): __Served via Certified mail CMRRR# 7004 1160 0002 2426 5233__
__on Registered Agent  CT Corp System, 350 N. St. Paul, Dallas, TX 75201__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  __11/8/04__
        Date

*Signature of Server*  Jennifer Watkins

The Roth Law Firm
115 N Wellington, Suite 200
Marshall, TX 75670

*Address of Server*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Roth Law Firm
P.O. Box 876
Marshall, TX  75671

Attn: Jennifer Watkins

NOV 8 2004

Mail Provides:
receipt
identifier for your mailpiece
of delivery kept by the Postal Service for two years
reminders:
Mail may ONLY be combined with First-Class Mail® or Priority Mail.
Mail is *not* available for any class of international mail.
RANCE COVERAGE IS PROVIDED with Certified Mail For
please consider Insured or Registered Mail
ditional fee, a *Return Receipt* may be requested to provide proof of
) obtain Return Receipt service, please complete and attach a Return
S Form 3811) to the article and add applicable postage to cover the
se mailpiece "Return Receipt Requested". To receive a fee waiver for
return receipt  a USPS® postmark on your Certified Mail receipt is

ditional fee, delivery may be restricted to the addressee or
's authorized agent. Advise the clerk or mark the mailpiece with the
ent "Restricted Delivery".

rk on the Certified Mail receipt is desired, please present the arti-
post office for postmarking. If a postmark on the Certified Mail
ot needed  detach and affix label with postage and mail

: Save this receipt and present it when making an inquiry.
ess to delivery information is not available on mail
p APOs and FPOs.

PS Form 3800, June 2002 (Reverse)