# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRANCISCO AYALA AND EUDIVIGES § | |
| AYALA, INDIVIDUALLY AND AS § | |
| REPRESENTATIVES OF THE ESTATE § | |
| OF YANCEY AYALA, DECEASED § | |
| AND AS NEXT FRIENDS OF § | CIVIL ACTION NO. 2-04 CV-395 |
| FRANCISCO SERGEY AYALA, § | |
| A MINOR § | JUDGE DAVIS |
| § | |
| VS. § | JURY DEMANDED |
| § | |
| FORD MOTOR COMPANY § | |

## DEFENDANT FORD MOTOR COMPANY'S NOTICE
## OF SERVICE OF INITIAL DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT, FORD MOTOR COMPANY, Defendant in the above-styled and numbered cause, pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Eastern District of Texas and the Discovery Order dated January 10, 2005, has on this the 9th day of February, 2005, served upon the attorneys of record its Initial Disclosure.

LON:145750.1
13486.95986

Respectfully submitted,

BROWN McCARROLL, L.L.P.
1127 Judson Road, Suite 220 (75601)
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

By: /s/ _____
    Rickey L. Faulkner (Attorney in Charge)
    State Bar No. 06857095
    rfaulkner@mailbmc.com
    Matthew M. Hill (Assisting Attorney)
    State Bar No. 24041101
    mhill@mailbmc.com

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on this 9th day of February, 2005:

J. Hunter Craft
815 Walker, 16th Floor
Houston, Texas 77002

Mikal C. Watts
Tower II Building, 14th Floor
555 North Carancahua
Corpus Christi, Texas 78478

Carl R. Roth
Brendan Clay Roth
Law Office of Carl R. Roth
P. O. Box 876
Marshall, Texas 75670

/s/
_____
Rickey L. Faulkner

LON:145750.1
13486.95986